# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. JOHN LYNCH, JR., <br>                    **Plaintiff,** <br><br> v. <br><br> 1. WANDA SINGHISEN; and <br> 2. STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, <br>                    **Defendants.** | Case No. CIV-2018-636-R |

## STIPULATION OF DISMISSAL AS TO INDIVIDUAL DEFENDANT WANDA SINGHISEN

Pursuant to Rule 41 (a)(1)(ii), Plaintiff John Lynch, Jr. dismisses with prejudice all claims against Defendant Wanda Singhisen ONLY, reserving all rights to proceed as to the remaining Defendants.

In all other respects, the Petition and actions therein alleged are not being dismissed.

DATED this 19th day of November 2018.

                                      Respectfully submitted,

                                      s/Joe Carson
                                      Joe Carson, OBA#19429
                                      WARHAWK LEGAL
                                      127 N.W. 10th St.
                                      Oklahoma City, OK 73103
                                      Telephone: (405) 397-1717
                                      Facsimile: (405) 241-5222
                                      E-mail: joe@warhawklegal.com
                                      *Attorney for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of November 2018, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the ECF registrants:

Joseph T. Acquaviva, Jr.
Zachary K. Housel
WILSON, CAIN & ACQUAVIVA
300 Northwest 13th Street, Suite 100
Oklahoma City, OK 73103
*Attorneys for Defendant State Farm*

                                                s/Joe Carson
                                                 JOE CARSON