IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. JOHN LYNCH, JR., Individually,<br>   Plaintiff,<br><br>v.<br><br>1. WANDA SINGHISEN; and<br>2. STATE FARM MUTUAL<br>   AUTOMOBILE INSURANCE<br>   COMPANY,<br>     Defendants. | Case No. CIV-2018-636-R<br><br>*Honorable David L. Russell* |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(ii), Plaintiff, John Lynch, Jr., and Defendant, State Farm Mutual Automobile Insurance Company, jointly stipulate to the dismissal of this action with prejudice to future filing. Each party will bear their own costs and attorney's fees.

WHEREFORE, upon consideration, the parties hereto stipulate that this case filed on behalf of the Plaintiff against the named Defendant be dismissed with prejudice.

Respectfully submitted,

s/Joe Carson
*(Signed by Filing Attorney with permission of Plaintiff's Attorney)*
Joe Carson, OBA #19429
joe@warhawklegal.com
**WARHAWK LEGAL**
1000 W. Wilshire Blvd., Suite 230
Oklahoma City, OK 73116
(405) 397-1717 - Telephone
(405) 241-5222 – Fax
**ATTORNEY FOR PLAINTIFF**

s/Joseph T. Acquaviva, Jr.
Joseph T. Acquava, Jr., OBA #11743
JTAcqua@wcalaw.com
Zachary K. Housel, OBA #22721
zach@wcalaw.com
**WILSON, CAIN & ACQUAVIVA**
300 Northwest 13th Street, Suite 100
Oklahoma City, OK 73103
(405) 236-2600 - Telephone
(405) 231-0062 - Fax
**ATTORNEYS FOR DEFENDANT,
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY**

1

## CERTIFICATE OF SERVICE

__X__ I hereby certify that on the 15th day of February, 2019, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Mr. Joe Carson
joe@warhawklegal.com
**WARHAWK LEGAL**
1000 W. Wilshire Blvd., Suite 230
Oklahoma City, OK 73116
**ATTORNEY FOR PLAINTIFF**

__✗__ I hereby certify that on the 15th day of Feb, 2019, I served the attached document by certified mail, return receipt requested, with proper postage prepaid thereon to the following:

                                                    *s/Joseph T. Acquaviva, Jr.*
                                                    Joseph T. Acquaviva, Jr.